
# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-358-KJD-(PAL) |
| Plaintiff, | |
| v. | Preliminary Order of Forfeiture |
| KYLER ONEAL TRAPP, | |
| Defendant. | |

This Court finds that defendant Kyler Oneal Trapp pled guilty to Counts One and Two of a Three-Count Criminal Indictment charging him in Count One with Theft of Mail in violation of Title 18, United States Code, Section 1708. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 26; Plea Agreement, ECF No. 28.

This Court finds defendant Kyler Oneal Trapp agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 26; Plea Agreement, ECF No. 28.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant Kyler Oneal Trapp pled guilty.

The following property is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1708, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a

conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c):

1. Wells Fargo Bank Account No. XXXXXX2409, Check No. 1045 of G.D.;
2. Wells Fargo Bank Account No. XXXXXX2409, Check No. 1068 of G.D.;
3. Chase Bank Account No. XXXXX9563, Check Reorder Form No. 341 of J.P.L. and R.C.L.;
4. Chase Bank Account No. XXXXX9563, Deposit Ticket No. XXX9718 of J.P.L. and R.C.L.;
5. Wells Fargo Bank Account No. XXXXXX9829, Check No. 63659 of C.T.E. and J.L.;
6. One Nevada Credit Union Account No. XXXXX2940, Check No. 3747 of L.L.B., and K.H., and T.;
7. Bank of America Account No. XXXXXXXX9291, Check No. 2135 of A.R.C. and B.D.;
8. Chase Bank Account No. XXXXXXXX8292, Check No. 100962 of J.F. and J.Y.;
9. Wells Fargo Bank Account No. XXXXX1561, Check No. 1221191 of C.M. and N.V.E.;
10. Social Security Card No. XXX-XX-1350 of M.M.C.;
11. Social Security Card No. XXX-XX-7389 of B.E.L.C.;
12. Social Security Card No. XXX-XX-6342 of J.C.C.;
13. NV Driver's License No. XXXXXX6055 of A.L.B.;
14. State of Arkansas Birth Certificate No. XX7790 of V.R.W.;
15. US Passport No. XXXXX3517 of K.E.M.;
16. US Passport No. XXXXX6155 of E.S.P.;
17. Debit MasterCard No. XXXXXXXXXXXX1579 of R.B.;
18. Debit MasterCard No. XXXXXXXXXXXX9978 of R.B.;
19. United Nissan – AutoPlatinum Card No. XXXXXXXXXXXX2521 of R.B.;

20. Visa Debit Card No. XXXXXXXXXXXX8886 of R.M.;

21. One Nevada Credit Union Visa Card No. XXXXXXXXXXXX4841 of J.R.;

22. Amazon Chase Visa Card No. XXXXXXXXXXXX6871 of M.D.S.;

23. US Bank Visa Debit Card No. XXXXXXXXXXXX6882 of name unknown;

24. Various checks not in the name of defendant; and

25. 56 pieces of mail

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Kyler Oneal Trapp in the aforementioned property are forfeited and ire vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

///
///
///

4

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 13th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE