# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) 2:17-CR-358-KJD-(PAL) |
|---|---|
| Plaintiff, | ) |
| v. | ) Final Order of Forfeiture |
| KYLER ONEAL TRAPP, | ) |
| Defendant. | ) |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Kyler Oneal Trapp to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Kyler Oneal Trapp pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 26; Plea Agreement, ECF No. 28; Amended Preliminary Order of Forfeiture, ECF No. 38.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 19, 2018, through July 18, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 35.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Wells Fargo Bank Account No. XXXXXX2409, Check No. 1045 of G.D.;
2. Wells Fargo Bank Account No. XXXXXX2409, Check No. 1068 of G.D.;
3. Chase Bank Account No. XXXXX9563, Check Reorder Form No. 341 of J.P.L. and R.C.L.;
4. Chase Bank Account No. XXXXX9563, Deposit Ticket No. XXX9718 of J.P.L. and R.C.L.;
5. Wells Fargo Bank Account No. XXXXXX9829, Check No. 63659 of C.T.E. and J.L.;
6. One Nevada Credit Union Account No. XXXXX2940, Check No. 3747 of L.L.B., and K.H., and T.;
7. Bank of America Account No. XXXXXXXX9291, Check No. 2135 of A.R.C. and B.D.;
8. Chase Bank Account No. XXXXXXXX8292, Check No. 100962 of J.F. and J.Y.;
9. Wells Fargo Bank Account No. XXXXX1561, Check No. 1221191 of C.M. and N.V.E.;
10. Social Security Card No. XXX-XX-1350 of M.M.C.;
11. Social Security Card No. XXX-XX-7389 of B.E.L.C.;

12. Social Security Card No. XXX-XX-6342 of J.C.C.;

13. NV Driver's License No. XXXXXX6055 of A.L.B.;

14. State of Arkansas Birth Certificate No. XX7790 of V.R.W.;

15. US Passport No. XXXXX3517 of K.E.M.;

16. US Passport No. XXXXX6155 of E.S.P.;

17. Debit MasterCard No. XXXXXXXXXXXX1579 of R.B.;

18. Debit MasterCard No. XXXXXXXXXXXX9978 of R.B.;

19. United Nissan – AutoPlatinum Card No. XXXXXXXXXXXX2521 of R.B.;

20. Visa Debit Card No. XXXXXXXXXXXX8886 of R.M.;

21. One Nevada Credit Union Visa Card No. XXXXXXXXXXXX4841of J.R.;

22. Amazon Chase Visa Card No. XXXXXXXXXXXX6871 of M.D.S.;

23. US Bank Visa Debit Card No. XXXXXXXXXXXX6882 of name unknown;

24. Various checks not in the name of defendant; and

25. 56 pieces of mail

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 10th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE