**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KYLER TRAPP,<br><br>　　　　　Defendant. | Case No. 2:17-CR-358-KJD-PAL<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, February 9, 2021 at 10:00 a.m., be vacated and continued to  May 18, 2021  at the hour of  10 : 00  a.m.; or to a time and date convenient to the court.

　　　DATED this 5th day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE

3